1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALICIA ANNE BENHAM,

                    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

                    Defendant.

Case No. 2:15-cv-00671-JAD-PAL

ORDER

(Mot. WD – Dkt. #9)

Before the court is Justin Randall's Motion to Withdraw as Counsel of Record for Plaintiff Alicia Anne Benham (Dkt. #9) filed April 27, 2015.   The motion represents that Plaintiff and counsel have reached a substantial impasse in which it is no longer feasible for counsel to represent the interests of Plaintiff in this matter.  Mr. Randall, therefore, seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1.     Mr. Randall's Motion to Withdraw (#9) is **GRANTED**.

2.     The Plaintiff shall have until **May 29, 2015,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.

3.     Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute.  See Fed. R. Civ. P. 41(b).

4.    The Clerk of the Court shall serve the plaintiff with a copy of this order at his last

known address:

Alicia Anne Benham
5124 Guardian Peak St.
Las Vegas, Nevada 89148

DATED this 29th day of April, 2015.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE